# In the United States Court of Federal Claims
No. 21-1320T
(Filed: May 14, 2021)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
MANDO AMERICA CORPORATION,                      *
                                                *
            Plaintiff,                          *
                                                *
    v.                                          *
                                                *
THE UNITED STATES,                              *
                                                *
            Defendant.                          *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

_____

### ORDER OF DISMISSAL
_____

On May 5, 2021, Plaintiff filed two actions before this Court, Case No. 21-1319T and Case No. 21-1320T. The Complaint in this matter, Case No. 21-1320T, is the redacted version of Plaintiff's Complaint in Case No. 21-1319T, not an independent action.

The Complaint docketed as Case No. 21-1320T is **DISMISSED** as duplicative of the identical, unredacted, and sealed Complaint in Case No. 21-1319T. The Clerk of Court is directed to dismiss this action and return the filing fee, and Plaintiff is directed to file the redacted Complaint in Case No. 21-1319T.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Senior Judge**
